# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF

In re: §
 §
P.C., MIDWEST INSTITUTE § Case No. 11-19386
 §
Debtor(s) §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter    of the United States Bankruptcy Code was filed on    . The undersigned trustee was appointed on    .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                $

   Funds were disbursed in the following amounts:

   Payments made under an interim disbursement
   Administrative expenses
   Bank service fees
   Other payments to creditors
   Non-estate funds paid to 3rd Parties
   Exemptions paid to the debtor
   Other payments to the debtor

   Leaving a balance on hand of[1]     $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $_____ as interim compensation and now requests a sum of $_____, for a total compensation of $_____ [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $_____, and now requests reimbursement for expenses of $_____, for total expenses of $_____ [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____   By:/s/BRADLEY J. WALLER_____
                              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1
Exhibit A

| Case No: | 11-19386 | BB | Judge: BRUCE W. BLACK | Trustee Name: | BRADLEY J. WALLER |
|---|---|---|---|---|---|
| Case Name: | P.C., MIDWEST INSTITUTE | | | Date Filed (f) or Converted (c): | 05/05/11 (f) |
| | | | | 341(a) Meeting Date: | 06/22/11 |
| For Period Ending: | 02/03/12 | | | Claims Bar Date: | 09/27/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. First Midwest Bank 50 W. Jefferson St. Joliet, I | 2,000.00 | 0.00 | DA | 0.00 | FA |
| 2. Bank Account as of 12/31/2010 account had a nega | 0.00 | 0.00 | DA | 0.00 | FA |
| 3. Accounts Receivable Tricare PO Box 7031 Camden S | 18,442.53 | 0.00 | | 16,546.02 | FA |
| 4. Settlement (u) | 1,000,000.00 | 1,000,000.00 | | 1,000,000.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | 0.00 | | 39.84 | FA |

| | | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $1,020,442.53 | $1,000,000.00 | | $1,016,585.86 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Mason Group Inc. - 11-19387 Accountant fees included
Combined Case

Initial Projected Date of Final Report (TFR): 12/31/11    Current Projected Date of Final Report (TFR): 06/30/12

LFORM1   UST Form 101-7-TFR (5/1/2011) *(Page: 3)*                                                                                                    Ver: 16.05c

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1

Exhibit B

| Case No: | 11-19386 -BB | Trustee Name: | BRADLEY J. WALLER |
|---|---|---|---|
| Case Name: | P.C., MIDWEST INSTITUTE | Bank Name: | The Bank of New York Mellon |
| | | Account Number / CD #: | *******4165  Money Market Account |
| Taxpayer ID No: | *******0154 | | |
| For Period Ending: | 02/03/12 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 06/29/11 | 4 | August Martinucci<br>Hometown National Bank<br>260 Bucklin Street<br>LaSalle, IL 61301 | Settlement of District Court of Louisiana case subject either to further allocation or consolidation with Mason Group Inc, Case No. 11-19387<br>DEPOSIT CHECK #070857 | 1249-000 | 1,000,000.00 | | 1,000,000.00 |
| 06/29/11 | 3 | Health Care Service Corporation<br>300 East Randolph<br>Chicago, IL 60601-5099 | Accounts Receivable<br>DEPOSIT CHECK #07616535 | 1121-000 | 7,452.82 | | 1,007,452.82 |
| 06/29/11 | 3 | Health Care Service Corporation<br>300 East Randolph<br>Chicago, IL 60601-5099 | Accounts Receivable<br>DEPOSIT CHECK #01283985 | 1121-000 | 498.31 | | 1,007,951.13 |
| 06/29/11 | 3 | BlueCross BlueShield of Illinois<br>300 East Randolph<br>Chicago, IL 60601-5099 | Accounts Receivable<br>DEPOSIT CHECK #56678373 | 1121-000 | 401.40 | | 1,008,352.53 |
| 06/29/11 | 3 | BlueCross BlueShield of Illinois<br>300 East Randolph<br>Chicago, IL 60601-5089 | Accounts Receivable<br>DEPOSIT CHECK #56574223 | 1121-000 | 200.70 | | 1,008,553.23 |
| 06/29/11 | 3 | BlueCross BlueShield of Illinois<br>300 East Randolph<br>Chicago, IL 60601-5099 | Accounts Receivable<br>DEPOSIT CHECK #55561369 | 1121-000 | 1,087.60 | | 1,009,640.83 |
| 07/07/11 | | United States Treasury | Tax Refund<br>DEPOSIT CHECK #63817169 | 1224-000 | 549.62 | | 1,010,190.45 |
| 07/07/11 | 3 | United of Omaha Life Insurance Company<br>First National Bank of Omaha<br>Omaha, NE 68102 | Accounts Receivable<br>DEPOSIT CHECK #185490 | 1121-000 | 177.76 | | 1,010,368.21 |
| * 07/07/11 | | Health Care Service Corporation<br>300 East Randolph<br>Chicago, IL 60601-5099 | Accounts Receivable<br>DEPOSIT CHECK #07587617 | 1121-003 | 1,087.60 | | 1,011,455.81 |
| 07/07/11 | 3 | Jacobson & Schiefelbein<br>1 S. Dearborn Street | Accounts Receivable<br>DEPOSIT CHECK #2027 | 1121-000 | 57.10 | | 1,011,512.91 |

Page Subtotals    1,011,512.91    0.00

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| Case No: | 11-19386 -BB | Trustee Name: BRADLEY J. WALLER |
| Case Name: | P.C., MIDWEST INSTITUTE | Bank Name: The Bank of New York Mellon |
| | | Account Number / CD #: *******4165 Money Market Account |
| Taxpayer ID No: | *******0154 | |
| For Period Ending: | 02/03/12 | Blanket Bond (per case limit): $ 5,000,000.00 |
| | | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Chicago, IL 60603 | | | | | |
| 07/07/11 | 3 | The United Methodist Church<br>Illinois Great Rivers Conference<br>Busey Bank | Accounts Receivable<br>DEPOSIT CHECK #00025405 | 1121-000 | 41.98 | | 1,011,554.89 |
| 07/07/11 | 3 | Humana<br>P.O. Box 14610<br>Lesington, KY 40512-4610 | Accounts Receivable<br>DEPOSIT CHECK #1000040032 | 1121-000 | 754.64 | | 1,012,309.53 |
| 07/07/11 | 3 | Connecticut General Life Insurance Company<br>State of Illinois Quality Care Health Pl<br>Citibank Delaware<br>New Castle, DE | Accounts Receivable<br>DEPOSIT CHECK #587890869 | 1121-000 | 127.32 | | 1,012,436.85 |
| 07/07/11 | 3 | Connecticut General Life INsurance Company<br>State of Illinois Quality Care Health Pl<br>Citibank Delaware<br>New Castle, DE | Accounts Receivable<br>DEPOSIT CHECK #0587890870 | 1121-000 | 127.32 | | 1,012,564.17 |
| 07/07/11 | 3 | Connecticut General Life Insurance Company<br>State of illinois Quality Care Health Pl<br>Citibank Delaware<br>New Castle, DE | Accounts Receivable<br>DEPOSIT CHECK #0587905172 | 1121-000 | 14.70 | | 1,012,578.87 |
| 07/07/11 | 3 | BlueCross BlueShield of Illinois<br>300 East Randolph<br>Chicago, IL 60601-5089 | Accounts Receivable<br>DEPOSIT CHECK #55650740 | 1121-000 | 306.64 | | 1,012,885.51 |
| 07/07/11 | 3 | BlueCross BlueShield of Illinois<br>300 East Randolph<br>Chicago, IL 60601-5089 | Accounts Receivable<br>DEPOSIT CHECK #55745362 | 1121-000 | 204.44 | | 1,013,089.95 |
| 07/07/11 | 3 | BlueCross BlueShield of Illinois<br>300 East Randolph<br>Chicago, IL 60601-5089 | Accounts Receivable<br>DEPOSIT CHECK #55841452 | 1121-000 | 293.32 | | 1,013,383.27 |
| 07/07/11 | 3 | BlueCross BlueShield of Illinois<br>300 East Randolph | Accounts Receivable<br>DEPOSIT CHECK #56040751 | 1121-000 | 882.91 | | 1,014,266.18 |
| | | | Page Subtotals | | 2,753.27 | 0.00 | |

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 11-19386 -BB | | Trustee Name: | BRADLEY J. WALLER |
| Case Name: | P.C., MIDWEST INSTITUTE | | Bank Name: | The Bank of New York Mellon |
| | | | Account Number / CD #: | *******4165 Money Market Account |
| Taxpayer ID No: | *******0154 | | | |
| For Period Ending: | 02/03/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Chicago, IL 60601-5089 | | | | | |
| 07/07/11 | 3 | BlueCross BlueShield of Illinois | Accounts Receivable | 1121-000 | 88.88 | | 1,014,355.06 |
| | | 300 East Randolph | DEPOSIT CHECK #56148478 | | | | |
| | | Chicago, IL 60601-5089 | | | | | |
| 07/07/11 | 3 | BlueCross BlueShield of Illinois | Accounts Receivable | 1121-000 | 0.18 | | 1,014,355.24 |
| | | 300 East Randolph | DEPOSIT CHECK #56255054 | | | | |
| | | Chicago, IL 60601-5089 | | | | | |
| 07/07/11 | 3 | CMS Medicare Payment | Accoutnts Receivable | 1121-000 | 533.22 | | 1,014,888.46 |
| | | JP Morgan Chase Bank | DEPOSIT CHECK #86396412 | | | | |
| | | Chicago, IL | | | | | |
| 07/07/11 | 3 | CMS Medicare Payment | Accounts Receivable | 1121-000 | 1,244.18 | | 1,016,132.64 |
| | | JP Morgan Chase Bank | DEPOSIT CHECK #86397226 | | | | |
| | | Chicago, IL | | | | | |
| 07/07/11 | 3 | CMS Medicare Payment | Accounts Receivable | 1121-000 | 0.60 | | 1,016,133.24 |
| | | JP Morgan Chase Bank | DEPOSIT CHECK #86399184 | | | | |
| | | Chicago, IL | | | | | |
| 07/07/11 | 3 | CMS Medicare Payment | Accounts Receivable | 1121-000 | 701.91 | | 1,016,835.15 |
| | | JP Morgan Chase Bank | DEPOSIT CHECK #086401615 | | | | |
| | | Chicago, IL | | | | | |
| 07/07/11 | 3 | CMS Medicare Payment | Accounts Receivable | 1121-000 | 0.75 | | 1,016,835.90 |
| | | JP Morgan Chase Bank | DEPOSIT CHECK #86403400 | | | | |
| | | Chicago, IL | | | | | |
| 07/07/11 | 3 | CMS Medicare Payment | Accounts Receivable | 1121-000 | 710.96 | | 1,017,546.86 |
| | | JP Morgan Chase Bank | DEPOSIT CHECK #86407106 | | | | |
| | | Chicago, IL | | | | | |
| 07/07/11 | 3 | CMS Medicare Payment | Accounts Receivable | 1121-000 | 0.15 | | 1,017,547.01 |
| | | JP Morgan Chase Bank | DEPOSIT CHECK #86407911 | | | | |
| | | Chicago, IL | | | | | |
| 07/07/11 | 3 | CMS Medicare Payment | Accounts Receivable | 1121-000 | 355.48 | | 1,017,902.49 |
| | | JP Morgan Chase Bank | DEPOSIT CHECK #86411021 | | | | |

Page Subtotals 3,636.31 0.00

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 11-19386 -BB | Trustee Name: | BRADLEY J. WALLER |
|---|---|---|---|
| Case Name: | P.C., MIDWEST INSTITUTE | Bank Name: | The Bank of New York Mellon |
| | | Account Number / CD #: | *******4165  Money Market Account |
| Taxpayer ID No: | *******0154 | | |
| For Period Ending: | 02/03/12 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| * 07/08/11 | | Health Care Service Corporation<br>300 East Randolph<br>Chicago, IL  60601-5099 | Accounts Receivable | 1121-003 | -1,087.60 | | 1,016,814.89 |
| 07/29/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 8.61 | | 1,016,823.50 |
| 08/01/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 1,946.62 | 1,014,876.88 |
| 08/03/11 | 3 | Allegiance Benefit Plan Management Inc.<br>Claims Trust Account<br>P.O. Box 3018<br>Missoula, MT  59806 | Accounts Receivable<br>DEPOSIT CHECK #803368 | 1121-000 | 280.00 | | 1,015,156.88 |
| 08/31/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 8.60 | | 1,015,165.48 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 2,364.44 | 1,012,801.04 |
| 09/06/11 | 3 | CMS Medicare Payment<br>Wisconsin Physicials Service<br>Marion, IL  62959 | Accounts Receivable<br>DEPOSIT CHECK #086473987 | 1121-000 | 0.75 | | 1,012,801.79 |
| 09/26/11 | | The Bank of New York Mellon | Bank and Technology Services Fee Adjustment | 2600-000 | | -69.64 | 1,012,871.43 |
| 09/30/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 8.30 | | 1,012,879.73 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 2,081.12 | 1,010,798.61 |
| 10/31/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 8.56 | | 1,010,807.17 |
| 10/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 2,007.75 | 1,008,799.42 |
| 11/22/11 | INT | The Bank of New York Mellon | Current Interest Rate is 0.0100% | 1270-000 | 5.77 | | 1,008,805.19 |
| 11/22/11 | | To Acct #*******4166 | | 9999-000 | | 1,008,805.19 | 0.00 |

Page Subtotals                -767.01           1,017,135.48

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 5
Exhibit B

| | |
|---|---|
| Case No: | 11-19386 -BB |
| Case Name: | P.C., MIDWEST INSTITUTE |
| Taxpayer ID No: | *******0154 |
| For Period Ending: | 02/03/12 |

| | |
|---|---|
| Trustee Name: | BRADLEY J. WALLER |
| Bank Name: | The Bank of New York Mellon |
| Account Number / CD #: | *******4165  Money Market Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 1,017,135.48 | 1,017,135.48 | 0.00 |
| | | | Less: Bank Transfers/CD's | | 0.00 | 1,008,805.19 | |
| | | | Subtotal | | 1,017,135.48 | 8,330.29 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 1,017,135.48 | 8,330.29 | |

Page Subtotals     0.00     0.00

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 6
Exhibit B

| Case No: | 11-19386 -BB | | Trustee Name: | BRADLEY J. WALLER |
| Case Name: | P.C., MIDWEST INSTITUTE | | Bank Name: | The Bank of New York Mellon |
| | | | Account Number / CD #: | *******4166 Checking Account |
| Taxpayer ID No: | *******0154 | | | |
| For Period Ending: | 02/03/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 11/22/11 | | From Acct #*******4165 | | 9999-000 | 1,008,805.19 | | 1,008,805.19 |
| 11/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 552.76 | 1,008,252.43 |
| 12/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 2,071.74 | 1,006,180.69 |
| 01/26/12 | | Transfer to Acct #*******3234 | Bank Funds Transfer | 9999-000 | | 1,006,180.69 | 0.00 |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | | 1,008,805.19 | 1,008,805.19 | 0.00 |
| Less: Bank Transfers/CD's | | 1,008,805.19 | 1,006,180.69 | |
| Subtotal | | 0.00 | 2,624.50 | |
| Less: Payments to Debtors | | | 0.00 | |
| Net | | 0.00 | 2,624.50 | |

Page Subtotals        1,008,805.19        1,008,805.19

UST Form 101-7-TFR (5/1/2011) *(Page: 9)*

LFORM24

Ver: 16.05c

FORM 2

Page: 7

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| | |
|---|---|
| Case No: | 11-19386 -BB |
| Case Name: | P.C., MIDWEST INSTITUTE |
| Taxpayer ID No: | *******0154 |
| For Period Ending: | 02/03/12 |

| | |
|---|---|
| Trustee Name: | BRADLEY J. WALLER |
| Bank Name: | Congressional Bank |
| Account Number / CD #: | *******3234  Checking Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 01/26/12 | | Transfer from Acct #*******4166 | Bank Funds Transfer | 9999-000 | 1,006,180.69 | | 1,006,180.69 |

```
                                              COLUMN TOTALS              1,006,180.69         0.00      1,006,180.69
                                   Less:  Bank Transfers/CD's            1,006,180.69         0.00
                                              Subtotal                          0.00          0.00
                                   Less:  Payments to Debtors                                 0.00
                                              Net                               0.00          0.00
```

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Money Market Account - ********4165 | 1,017,135.48 | 8,330.29 | 0.00 |
| Checking Account - ********4166 | 0.00 | 2,624.50 | 0.00 |
| Checking Account - ********3234 | 0.00 | 0.00 | 1,006,180.69 |
| | 1,017,135.48 | 10,954.79 | 1,006,180.69 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals   1,006,180.69   0.00

UST Form 101-7-TFR (5/1/2011) *(Page: 10)*

LFORM24

Ver: 16.05c

| | | | EXHIBIT C | | | |
|---|---|---|---|---|---|---|
| Page 1 | | | ANALYSIS OF CLAIMS REGISTER | | | Date: February 03, 2012 |

Case Number:  11-19386
Debtor Name:  P.C., MIDWEST INSTITUTE

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 001<br>3410-00 | LEE G. SCHWENDNER, CPA<br>DiGiovine, Hnilo, Jordan & Joh<br>2570 Foxfield Road, Suite 301<br>St. Charles, IL  60174 | Administrative | | $4,285.00 | $0.00 | $4,285.00 |
| 001<br>3410-00 | LEE G. SCHWENDNER, CPA<br>DiGiovine, Hnilo, Jordan & Joh<br>2570 Foxfield Road, Suite 301<br>St. Charles, IL  60174 | Administrative | | $1,063.75 | $0.00 | $1,063.75 |
| 1<br>570<br>5800-00 | Department of Treasury Internal Revenue Service<br>P O Box 7346<br>Philadelphia, PA  19101-7346 | Priority | | $6,500.00 | $0.00 | $6,500.00 |
| 5P<br>570<br>5800-00 | Illinois Department of Employment Security<br>33 South State Street<br>Attn: Bankruptcy Unit - 10th flr.<br>Chicago, IL  60603 | Priority | | $59.64 | $0.00 | $59.64 |
| 2P<br>610<br>7100-00 | Praxair Distribution, Inc<br>c/o RMS Bankruptcy Recovery Services<br>P.O. Box 5126<br>Timonium, MD  21094 | Unsecured | | $0.00 | $0.00 | $0.00 |
| 2U<br>610<br>7100-00 | Praxair Distribution, Inc<br>c/o RMS Bankruptcy Recovery Services<br>P.O. Box 5126<br>Timonium, MD  21094 | Unsecured | | $24,268.97 | $0.00 | $24,268.97 |
| 3<br>610<br>7100-00 | John P Grurnish D.C.<br>4 Stonegate Ridge Dr.<br>Bourbonnais, IL  60914 | Unsecured | | $900.00 | $0.00 | $900.00 |
| 4<br>610<br>7100-00 | Harch Hyperbarics Inc<br>c/o Robert A Kutcher Esq.,Chopin, Wagar, Richard & Kutcher LLP,3850 N. Cau<br>Metairie, LA  70002 | Unsecured | | $2,905,704.60 | $0.00 | $2,905,704.60 |
| 5U<br>610<br>7100-00 | Illinois Department of Employment Security<br>33 South State Street<br>Attn: Bankruptcy Unit - 10th flr.<br>Chicago, IL  60603 | Unsecured | | $50.00 | $0.00 | $50.00 |
| 6<br>610<br>7100-00 | Romeo-Brook Properties Partnership I<br>c/oRhoads Development<br>4815 Creek Drive<br>Western Springs, IL  60558 | Unsecured | | $56,080.95 | $0.00 | $56,080.95 |

| | | EXHIBIT C | | | |
|---|---|---|---|---|---|
| Page 2 | | ANALYSIS OF CLAIMS REGISTER | | | Date: February 03, 2012 |

Case Number:    11-19386  
Debtor Name:    P.C., MIDWEST INSTITUTE

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 7<br>610<br>7100-00 | McBroom's Cleaning Service<br>224 South Palmer Drive<br>Bolingbrook, IL 60490 | Unsecured | | $2,128.01 | $0.00 | $2,128.01 |
| 8<br>610<br>7100-00 | Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Unsecured | | $0.00 | $0.00 | $0.00 |
| 9<br>610<br>7100-00 | Briar Square Laundromat<br>24712 Cottage Road<br>Wilmington, IL 60481-9317 | Unsecured | | $478.00 | $0.00 | $478.00 |
| | Case Totals: | | | $3,001,518.92 | $0.00 | $3,001,518.92 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

### TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 11-19386
Case Name: P.C., MIDWEST INSTITUTE
Trustee Name: BRADLEY J. WALLER

Balance on hand $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: BRADLEY J. WALLER | $ | $ | $ |
| Trustee Expenses: BRADLEY J. WALLER | $ | $ | $ |
| Accountant for Trustee Fees: LEE G. SCHWENDNER, CPA | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses $_____

Remaining Balance $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $        must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 5P | Illinois Department of Employment Security | $ | $ | $ |

    Total to be paid to priority creditors      $_____

    Remaining Balance      $_____

    The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

    Timely claims of general (unsecured) creditors totaling $_____ have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be _____ percent, plus interest (if applicable).

    Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 2P | Praxair Distribution, Inc | $ | $ | $ |
| 2U | Praxair Distribution, Inc | $ | $ | $ |
| 3 | John P Grurnish D.C. | $ | $ | $ |
| 4 | Harch Hyperbarics Inc | $ | $ | $ |
| 5U | Illinois Department of Employment Security | $ | $ | $ |
| 6 | Romeo-Brook Properties Partnership I | $ | $ | $ |
| 7 | McBroom's Cleaning Service | $ | $ | $ |
| 8 | Internal Revenue Service | $ | $ | $ |
| 9 | Briar Square Laundromat | $ | $ | $ |

    Total to be paid to timely general unsecured creditors      $_____

    Remaining Balance      $_____

UST Form 101-7-TFR (5/1/2011) *(Page: 14)*

   Tardily filed claims of general (unsecured) creditors totaling $     have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be     percent.

   Tardily filed general (unsecured) claims are as follows:

NONE

   Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $     have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be     percent.

   Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE