# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| MIDWEST HYPERBARIC INSTITUTE P.C. | § | Case No. 11-19386 |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that BRADLEY J. WALLER, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

> CLERK OF THE UNITED STATES BANKRUPTCY COURT
> NORTHERN DISTRICT OF IL/EASTERN DIVISION
> 219 S. DEARBORN STREET
> CHICAGO, IL  60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:15 AM on 03/16/2012 in Courtroom ,

> Will County Court Annex
> 57 N. Ottawa
> Joliet, IL 60432

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 02/13/2012                By: /s/ Bradley J. Waller
                                              Trustee

*BRADLEY J. WALLER*
*2045 ABERDEEN COURT*
*SYCAMORE, IL 60178*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
MIDWEST HYPERBARIC INSTITUTE § Case No. 11-19386
P.C.
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 1,017,135.48 |
| and approved disbursements of | $ | 10,954.79 |
| leaving a balance on hand of[1] | $ | 1,006,180.69 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: BRADLEY J. WALLER | $ 53,764.06 | $ 0.00 | $ 53,764.06 |
| Trustee Expenses: BRADLEY J. WALLER | $ 223.00 | $ 0.00 | $ 223.00 |
| Accountant for Trustee Fees: LEE G. SCHWENDNER, CPA | $ 5,348.75 | $ 0.00 | $ 5,348.75 |

| | |
|---|---|
| Total to be paid for chapter 7 administrative expenses | $ 59,335.81 |
| Remaining Balance | $ 946,844.88 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 59.64 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 5P | Illinois Department of Employment Security | $ 59.64 | $ 0.00 | $ 59.64 |

| | | |
|---|---|---|
| Total to be paid to priority creditors | $ | 59.64 |
| Remaining Balance | $ | 946,785.24 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 2,973,610.53 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 31.8 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 2P | Praxair Distribution, Inc | $ 0.00 | $ 0.00 | $ 0.00 |
| 2U | Praxair Distribution, Inc | $ 27,268.97 | $ 0.00 | $ 8,682.33 |
| 3 | John P Grurnish D.C. | $ 900.00 | $ 0.00 | $ 286.56 |
| 4 | Harch Hyperbarics Inc | $ 2,886,704.60 | $ 0.00 | $ 919,114.75 |
| 5U | Illinois Department of Employment Security | $ 50.00 | $ 0.00 | $ 15.92 |
| 6 | Romeo-Brook Properties Partnership I | $ 56,080.95 | $ 0.00 | $ 17,855.94 |
| 7 | McBroom's Cleaning Service | $ 2,128.01 | $ 0.00 | $ 677.55 |
| 8 | Internal Revenue Service | $ 0.00 | $ 0.00 | $ 0.00 |
| 9 | Briar Square Laundromat | $ 478.00 | $ 0.00 | $ 152.19 |

| | |
|---|---|
| Total to be paid to timely general unsecured creditors | $ 946,785.24 |
| Remaining Balance | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ Bradley J. Waller
Trustee

*BRADLEY J. WALLER*
*2045 ABERDEEN COURT*
*SYCAMORE, IL 60178*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                              Case No. 11-19386-BWB
Midwest Hyperbaric Institute, P.C.                                                  Chapter 7
        Debtor
## CERTIFICATE OF NOTICE

District/off: 0752-1         User: lhuley              Page 1 of 2           Date Rcvd: Feb 14, 2012
                             Form ID: pdf006           Total Noticed: 19

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 16, 2012.
db            +Midwest Hyperbaric Institute, P.C.,    391 Quadrangle Suite S-1,    Bolingbrook, IL 60440-3462
17558026       AT & T,    P.O. Box 8100,    Aurora, IL 60507-8100
17558027      +August Martinucci MD,    1210 Mason Ave.,    Joliet, IL 60435-5818
17558028      +Blue Cross Blue Shield,    300 East Randolph,    Chicago, IL 60601-5099
17558029      +Briar Square Laundromat,    24712 Cottage Rd.,    Wilmington, IL 60481-9317
17590398      +Harch Hyperbarics Inc,    c/o Robert A Kutcher Esq.,    Chopin, Wagar, Richard & Kutcher LLP,
                3850 N. Causeway Boulvard, Ste 900,    Metairie, LA 70002-8130
17239403      +Harch Hyperbarics,Inc.,    c/o Blitt & Gaines PC,    661 Glenn Ave.,    Wheeling, IL 60090-6017
17558031      +ISMIE Mutual Insurance Co.,    20 N. Michigan Ave.,    Suite 700,    Chicago, IL 60602-4822
17687250      +Illinois Department of Employment Security,    33 South State Street,
                Chicago, Illinois 60603-2808,    Attn: Bankruptcy Unit - 10th flr.
17590374      +John P Grurnish D.C.,    4 Stonegate Ridge Dr.,    Bourbonnais, IL 60914-1649
18127894      +McBroom's Cleaning Service,    224 South Palmer Drive,    Bollingbrook, IL 60490-6571
17558032      +Northen Insurance Group LTD,    114 W. North St.,    Morris, IL 60450-1833
17558033      +Office Depot Inc.,    P.O. Box 630813,    Cincinnati, OH 45263-0813
17567279      +Praxair Distribution, Inc,    c/o RMS Bankruptcy Recovery Services,    P.O. Box 5126,
                Timonium, Maryland 21094-5126
17558035      +Praxair Inc.,    Dept. Ch. 10660,    Palatine, IL 60055-0001
17714378      +Romeo-Brook Properties Partnership I,    c/oRhoads Development,    4815 Creek Drive,
                Western Springs, IL 60558-1265
17558036      +Ronald C. Holt MD,    2961 Two Paths,    Woodridge, IL 60517-4512
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
17518158       E-mail/Text: cio.bncmail@irs.gov Feb 15 2012 04:10:46
                Department of Treasury  Internal Revenue Service,    P O Box 7346,    Philadelphia, PA  19101-7346
17558030      +E-mail/Text: bankruptcy@water.com Feb 15 2012 04:48:07    Hinckley Springs,
                6750 Discovery Blvd.,    Mableton, GA 30126-4646
                                                                                              TOTAL: 2

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
17558034      Patient Refunds
                                                                                   TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 16, 2012**                    **Signature:**    *Joseph Speetjens*

```
District/off: 0752-1          User: lhuley              Page 2 of 2              Date Rcvd: Feb 14, 2012
                              Form ID: pdf006          Total Noticed: 19
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 13, 2012 at the address(es) listed below:

      Aaron Davis   on behalf of Interested Party   Bank of New York Mellon Corp
       aaron.davis@bryancave.com, CHDocketing@bryancave.com;kat.flaherty@bryancave.com
      Bradley J Waller   bjwtrustee@ksbwl.com, bwaller@ecf.epiqsystems.com
      Dean C Harvalis   on behalf of U.S. Trustee Patrick Layng   USTPRegion11.es.ecf@usdoj.gov, constantine.harvalis@usdoj.gov
      Kenneth E Garstka   on behalf of Creditor   Romeo-Brook Properties Partnership I   kennethgarstka@att.net
      Patrick S Layng   USTPRegion11.ES.ECF@usdoj.gov
      Thomas W Toolis   on behalf of Debtor   Midwest Hyperbaric Institute, P.C.   twt@jtlawllc.com, lld@jtlawllc.com;axb@jtlawllc.com

      TOTAL: 6