UNITED STATES BANKRUPTCY COURT
DISTRICT OF

In re:                                           §
                                                 §
MIDWEST HYPERBARIC INSTITUTE    §    Case No. 11-19386
P.C.
                                                 §
            Debtor(s)                        §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

    BRADLEY J. WALLER, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

    3) Total gross receipts of $ _____ (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ _____ (see **Exhibit 2**), yielded net receipts of $ _____ from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| TOTAL DISBURSEMENTS | $ | $ | $ | $ |

4) This case was originally filed under chapter ___ on _____. The case was pending for ___ months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____   By:/s/BRADLEY J. WALLER_____
                                                                                 Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| WALLER, BRADLEY J. | | | | | |
| WALLER, BRADLEY J. | | | | | |
| The Bank of New York Mellon | | | | | |
| The Bank of New York Mellon | | | | | |
| The Bank of New York Mellon | | | | | |
| The Bank of New York Mellon | | | | | |
| The Bank of New York Mellon | | | | | |
| The Bank of New York Mellon | | | | | |
| The Bank of New York Mellon | | | | | |
| ILLINOIS DEPARTMENT OF REVENUE | | | | | |
| LEE G. SCHWENDNER, CPA | | | | | |
| LEE G. SCHWENDNER, CPA | | | | | |
| LEE G. SCHWENDNER, CPA | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | DEPARTMENT OF TREASURY INTERNAL REV | | | | | |
| 5P | ILLINOIS DEPARTMENT OF EMPLOYMENT S | | | | | |
| | TREASURY, TX US | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 9 | BRIAR SQUARE LAUNDROMAT | | | | | |
| 4 | HARCH HYPERBARICS INC | | | | | |
| 5U | ILLINOIS DEPARTMENT OF EMPLOYMENT S | | | | | |
| 8 | INTERNAL REVENUE SERVICE | | | | | |
| 3 | JOHN P GRURNISH D.C. | | | | | |
| 7 | MCBROOM'S CLEANING SERVICE | | | | | |
| 2P | PRAXAIR DISTRIBUTION, INC | | | | | |
| 2U | PRAXAIR DISTRIBUTION, INC | | | | | |
| 6 | ROMEO-BROOK PROPERTIES PARTNERSHIP | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 11-19386 | BB | Judge: BRUCE W. BLACK | Trustee Name: | BRADLEY J. WALLER |
| Case Name: | MIDWEST HYPERBARIC INSTITUTE P.C. | | | Date Filed (f) or Converted (c): | 05/05/11 (f) |
| | | | | 341(a) Meeting Date: | 06/22/11 |
| For Period Ending: | 12/06/12 | | | Claims Bar Date: | 09/27/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. First Midwest Bank 50 W. Jefferson St. Joliet, I | 2,000.00 | 0.00 | | 0.00 | FA |
| 2. Bank Account as of 12/31/2010 account had a nega | 0.00 | 0.00 | | 0.00 | FA |
| 3. Accounts Receivable Tricare PO Box 7031 Camden S | 18,442.53 | 0.00 | | 16,546.02 | FA |
| 4. Settlement (u) | 1,000,000.00 | 1,000,000.00 | | 1,000,000.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | 0.00 | | 39.84 | FA |
| TOTALS (Excluding Unknown Values) | $1,020,442.53 | $1,000,000.00 | | $1,016,585.86 | Gross Value of Remaining Assets $0.00 |

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Mason Group Inc. - 11-19387 Accountant fees included
Combined Case

Initial Projected Date of Final Report (TFR): 12/31/11     Current Projected Date of Final Report (TFR): 06/30/12

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1

Exhibit 9

| Case No: | 11-19386 -BB | | Trustee Name: | BRADLEY J. WALLER |
| --- | --- | --- | --- | --- |
| Case Name: | MIDWEST HYPERBARIC INSTITUTE P.C. | | Bank Name: | The Bank of New York Mellon |
| | | | Account Number / CD #: | *******4165  Money Market Account |
| Taxpayer ID No: | *******0154 | | | |
| For Period Ending: | 12/06/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 06/29/11 | 4 | August Martinucci<br>Hometown National Bank<br>260 Bucklin Street<br>LaSalle, IL  61301 | Settlement of  District Court of Louisiana case subject either to further allocation or consolidation with Mason Group Inc, Case No. 11-19387<br>DEPOSIT CHECK #070857 | 1249-000 | 1,000,000.00 | | 1,000,000.00 |
| 06/29/11 | 3 | Health Care Service Corporation<br>300 East Randolph<br>Chicago, IL  60601-5099 | Accounts Receivable<br>DEPOSIT CHECK #07616535 | 1121-000 | 7,452.82 | | 1,007,452.82 |
| 06/29/11 | 3 | Health Care Service Corporation<br>300 East Randolph<br>Chicago, IL  60601-5099 | Accounts Receivable<br>DEPOSIT CHECK #01283985 | 1121-000 | 498.31 | | 1,007,951.13 |
| 06/29/11 | 3 | BlueCross BlueShield of Illinois<br>300 East Randolph<br>Chicago, IL  60601-5099 | Accounts Receivable<br>DEPOSIT CHECK #56678373 | 1121-000 | 401.40 | | 1,008,352.53 |
| 06/29/11 | 3 | BlueCross BlueShield of Illinois<br>300 East Randolph<br>Chicago, IL  60601-5089 | Accounts Receivable<br>DEPOSIT CHECK #56574223 | 1121-000 | 200.70 | | 1,008,553.23 |
| 06/29/11 | 3 | BlueCross BlueShield of Illinois<br>300 East Randolph<br>Chicago, IL  60601-5099 | Accounts Receivable<br>DEPOSIT CHECK #55561369 | 1121-000 | 1,087.60 | | 1,009,640.83 |
| 07/07/11 | | United States Treasury | Tax Refund<br>DEPOSIT CHECK #63817169 | 1224-000 | 549.62 | | 1,010,190.45 |
| 07/07/11 | 3 | United of Omaha Life Insurance Company<br>First National Bank of Omaha<br>Omaha, NE  68102 | Accounts Receivable<br>DEPOSIT CHECK #185490 | 1121-000 | 177.76 | | 1,010,368.21 |
| * 07/07/11 | | Health Care Service Corporation<br>300 East Randolph<br>Chicago, IL  60601-5099 | Accounts Receivable<br>DEPOSIT CHECK #07587617 | 1121-003 | 1,087.60 | | 1,011,455.81 |
| 07/07/11 | 3 | Jacobson & Schiefelbein<br>1 S. Dearborn Street | Accounts Receivable<br>DEPOSIT CHECK #2027 | 1121-000 | 57.10 | | 1,011,512.91 |

Page Subtotals   1,011,512.91   0.00

Ver: 17.00b

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 8)*

FORM 2
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 11-19386 -BB | | Trustee Name: | BRADLEY J. WALLER |
|---|---|---|---|---|
| Case Name: | MIDWEST HYPERBARIC INSTITUTE P.C. | | Bank Name: | The Bank of New York Mellon |
| | | | Account Number / CD #: | *******4165  Money Market Account |
| Taxpayer ID No: | *******0154 | | | |
| For Period Ending: | 12/06/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Chicago, IL  60603 | | | | | |
| 07/07/11 | 3 | The United Methodist Church<br>Illinois Great Rivers Conference<br>Busey Bank | Accounts Receivable<br>DEPOSIT CHECK #00025405 | 1121-000 | 41.98 | | 1,011,554.89 |
| 07/07/11 | 3 | Humana<br>P.O. Box 14610<br>Lesington, KY  40512-4610 | Accounts Receivable<br>DEPOSIT CHECK #1000040032 | 1121-000 | 754.64 | | 1,012,309.53 |
| 07/07/11 | 3 | Connecticut General Life Insurance Company<br>State of Illinois Quality Care Health Pl<br>Citibank Delaware<br>New Castle, DE | Accounts Receivable<br>DEPOSIT CHECK #587890869 | 1121-000 | 127.32 | | 1,012,436.85 |
| 07/07/11 | 3 | Connecticut General Life INsurance Company<br>State of Illinois Quality Care Health Pl<br>Citibank Delaware<br>New Castle, DE | Accounts Receivable<br>DEPOSIT CHECK #0587890870 | 1121-000 | 127.32 | | 1,012,564.17 |
| 07/07/11 | 3 | Connecticut General Life Insurance Company<br>State of illinois Quality Care Health Pl<br>Citibank Delaware<br>New Castle, DE | Accounts Receivable<br>DEPOSIT CHECK #0587905172 | 1121-000 | 14.70 | | 1,012,578.87 |
| 07/07/11 | 3 | BlueCross BlueShield of Illinois<br>300 East Randolph<br>Chicago, IL  60601-5089 | Accounts Receivable<br>DEPOSIT CHECK #55650740 | 1121-000 | 306.64 | | 1,012,885.51 |
| 07/07/11 | 3 | BlueCross BlueShield of Illinois<br>300 East Randolph<br>Chicago, IL  60601-5089 | Accounts Receivable<br>DEPOSIT CHECK #55745362 | 1121-000 | 204.44 | | 1,013,089.95 |
| 07/07/11 | 3 | BlueCross BlueShield of Illinois<br>300 East Randolph<br>Chicago, IL  60601-5089 | Accounts Receivable<br>DEPOSIT CHECK #55841452 | 1121-000 | 293.32 | | 1,013,383.27 |
| 07/07/11 | 3 | BlueCross BlueShield of Illinois<br>300 East Randolph | Accounts Receivable<br>DEPOSIT CHECK #56040751 | 1121-000 | 882.91 | | 1,014,266.18 |

Page Subtotals　　2,753.27　　0.00

Ver: 17.00b

FORM 2

Page: 3

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: | 11-19386 -BB | |
| Case Name: | MIDWEST HYPERBARIC INSTITUTE P.C. | |
| Taxpayer ID No: | *******0154 | |
| For Period Ending: | 12/06/12 | |

| | | |
|---|---|---|
| Trustee Name: | BRADLEY J. WALLER | |
| Bank Name: | The Bank of New York Mellon | |
| Account Number / CD #: | *******4165 Money Market Account | |
| Blanket Bond (per case limit): | $ 5,000,000.00 | |
| Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Chicago, IL  60601-5089 | | | | | |
| 07/07/11 | 3 | BlueCross BlueShield of Illinois<br>300 East Randolph<br>Chicago, IL  60601-5089 | Accounts Receivable<br>DEPOSIT CHECK #56148478 | 1121-000 | 88.88 | | 1,014,355.06 |
| 07/07/11 | 3 | BlueCross BlueShield of Illinois<br>300 East Randolph<br>Chicago, IL  60601-5089 | Accounts Receivable<br>DEPOSIT CHECK #56255054 | 1121-000 | 0.18 | | 1,014,355.24 |
| 07/07/11 | 3 | CMS Medicare Payment<br>JP Morgan Chase Bank<br>Chicago, IL | Accoutnts Receivable<br>DEPOSIT CHECK #86396412 | 1121-000 | 533.22 | | 1,014,888.46 |
| 07/07/11 | 3 | CMS Medicare Payment<br>JP Morgan Chase Bank<br>Chicago, IL | Accounts Receivable<br>DEPOSIT CHECK #86397226 | 1121-000 | 1,244.18 | | 1,016,132.64 |
| 07/07/11 | 3 | CMS Medicare Payment<br>JP Morgan Chase Bank<br>Chicago, IL | Accounts Receivable<br>DEPOSIT CHECK #86399184 | 1121-000 | 0.60 | | 1,016,133.24 |
| 07/07/11 | 3 | CMS Medicare Payment<br>JP Morgan Chase Bank<br>Chicago, IL | Accounts Receivable<br>DEPOSIT CHECK #086401615 | 1121-000 | 701.91 | | 1,016,835.15 |
| 07/07/11 | 3 | CMS Medicare Payment<br>JP Morgan Chase Bank<br>Chicago, IL | Accounts Receivable<br>DEPOSIT CHECK #86403400 | 1121-000 | 0.75 | | 1,016,835.90 |
| 07/07/11 | 3 | CMS Medicare Payment<br>JP Morgan Chase Bank<br>Chicago, IL | Accounts Receivable<br>DEPOSIT CHECK #86407106 | 1121-000 | 710.96 | | 1,017,546.86 |
| 07/07/11 | 3 | CMS Medicare Payment<br>JP Morgan Chase Bank<br>Chicago, IL | Accounts Receivable<br>DEPOSIT CHECK #86407911 | 1121-000 | 0.15 | | 1,017,547.01 |
| 07/07/11 | 3 | CMS Medicare Payment<br>JP Morgan Chase Bank | Accounts Receivable<br>DEPOSIT CHECK #86411021 | 1121-000 | 355.48 | | 1,017,902.49 |

Page Subtotals    3,636.31    0.00

Ver: 17.00b

FORM 2

Page: 4

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 11-19386 -BB | Trustee Name: | BRADLEY J. WALLER |
|---|---|---|---|
| Case Name: | MIDWEST HYPERBARIC INSTITUTE P.C. | Bank Name: | The Bank of New York Mellon |
| | | Account Number / CD #: | *******4165  Money Market Account |
| Taxpayer ID No: | *******0154 | | |
| For Period Ending: | 12/06/12 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| * 07/08/11 | | Chicago, IL Health Care Service Corporation 300 East Randolph Chicago, IL 60601-5099 | Accounts Receivable | 1121-003 | -1,087.60 | | 1,016,814.89 |
| 07/29/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 8.61 | | 1,016,823.50 |
| 08/01/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 1,946.62 | 1,014,876.88 |
| 08/03/11 | 3 | Allegiance Benefit Plan Management Inc. Claims Trust Account P.O. Box 3018 Missoula, MT 59806 | Accounts Receivable DEPOSIT CHECK #803368 | 1121-000 | 280.00 | | 1,015,156.88 |
| 08/31/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 8.60 | | 1,015,165.48 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 2,364.44 | 1,012,801.04 |
| 09/06/11 | 3 | CMS Medicare Payment Wisconsin Physicals Service Marion, IL 62959 | Accounts Receivable DEPOSIT CHECK #086473987 | 1121-000 | 0.75 | | 1,012,801.79 |
| 09/26/11 | | The Bank of New York Mellon | Bank and Technology Services Fee Adjustment | 2600-000 | | -69.64 | 1,012,871.43 |
| 09/30/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 8.30 | | 1,012,879.73 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 2,081.12 | 1,010,798.61 |
| 10/31/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 8.56 | | 1,010,807.17 |
| 10/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 2,007.75 | 1,008,799.42 |
| 11/22/11 | INT | The Bank of New York Mellon | Current Interest Rate is 0.0100% | 1270-000 | 5.77 | | 1,008,805.19 |
| 11/22/11 | | To Acct #*******4166 | | 9999-000 | | 1,008,805.19 | 0.00 |

| | | | | Page Subtotals | -767.01 | 1,017,135.48 |

Ver: 17.00b

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 11)*

FORM 2

Page: 5

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 11-19386 -BB | Trustee Name: | BRADLEY J. WALLER |
|---|---|---|---|
| Case Name: | MIDWEST HYPERBARIC INSTITUTE P.C. | Bank Name: | The Bank of New York Mellon |
| | | Account Number / CD #: | *******4165  Money Market Account |
| Taxpayer ID No: | *******0154 | | |
| For Period Ending: | 12/06/12 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 1,017,135.48 | 1,017,135.48 | 0.00 |
| | | | Less: Bank Transfers/CD's | | 0.00 | 1,008,805.19 | |
| | | | Subtotal | | 1,017,135.48 | 8,330.29 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 1,017,135.48 | 8,330.29 | |

Page Subtotals            0.00            0.00

Ver: 17.00b

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 12)*

FORM 2

Page: 6

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 11-19386 -BB | | Trustee Name: | BRADLEY J. WALLER |
|---|---|---|---|---|
| Case Name: | MIDWEST HYPERBARIC INSTITUTE P.C. | | Bank Name: | The Bank of New York Mellon |
| | | | Account Number / CD #: | *******4166  Checking Account |
| Taxpayer ID No: | *******0154 | | | |
| For Period Ending: | 12/06/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 11/22/11 | | From Acct #*******4165 | | 9999-000 | 1,008,805.19 | | 1,008,805.19 |
| 11/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 552.76 | 1,008,252.43 |
| 12/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 2,071.74 | 1,006,180.69 |
| 01/26/12 | | Transfer to Acct #*******3234 | Bank Funds Transfer | 9999-000 | | 1,006,180.69 | 0.00 |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | 1,008,805.19 | 1,008,805.19 | 0.00 |
| Less:  Bank Transfers/CD's | 1,008,805.19 | 1,006,180.69 | |
| Subtotal | 0.00 | 2,624.50 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 0.00 | 2,624.50 | |

Page Subtotals    1,008,805.19    1,008,805.19

Ver: 17.00b

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 13)*

FORM 2

Page: 7

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 11-19386 -BB | Trustee Name: | BRADLEY J. WALLER |
|---|---|---|---|
| Case Name: | MIDWEST HYPERBARIC INSTITUTE P.C. | Bank Name: | Congressional Bank |
| | | Account Number / CD #: | *******3234 Checking Account |
| Taxpayer ID No: | *******0154 | | |
| For Period Ending: | 12/06/12 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 01/26/12 | | Transfer from Acct #*******4166 | Bank Funds Transfer | 9999-000 | 1,006,180.69 | | 1,006,180.69 |
| 03/05/12 | | The Bank of New York Mellon Working Capital Solutions Pittsburgh, PA | Refund of bank fees charged July-December 2011 | 1290-000 | 10,954.79 | | 1,017,135.48 |
| 03/16/12 | 001001 | Bradley J. Waller 2045 Aberdeen Sycamore, IL 60178 | Trustee Fees | 2100-000 | | 53,764.06 | 963,371.42 |
| 03/16/12 | 001002 | Bradley J. Waller 2045 Aberdeen Court Sycamore, IL 60178 | Trustee Expenses | 2200-000 | | 223.00 | 963,148.42 |
| 03/16/12 | 001003 | Lee G. Schwendner, CPA DiGiovine Hnilo Jordan & Johnson 2570 Foxfield Road, Suite 301 St. Charles, IL 60174 | Accountant Fees | 3410-000 | | 1,063.75 | 962,084.67 |
| 03/16/12 | 001004 | LEE G. SCHWENDNER, CPA DiGiovine, Hnilo, Jordan & Joh 2570 Foxfield Road, Suite 301 St. Charles, IL 60174 | Accountant Fees | 3410-000 | | 4,285.00 | 957,799.67 |
| 04/30/12 | 001005 | Illinois Department of Employment Security 33 South State Street Attn: Bankruptcy Unit - 10th flr. Chicago, IL 60603 | Claim 5P, Payment 100.00000% | 5800-000 | | 59.64 | 957,740.03 |
| 04/30/12 | 001006 | Praxair Distribution, Inc c/o RMS Bankruptcy Recovery Services P.O. Box 5126 Timonium, MD 21094 | Claim 2U, Payment 16.81255% | 7100-000 | | 4,584.61 | 953,155.42 |
| 04/30/12 | 001007 | John P Grurnish D.C. 4 Stonegate Ridge Dr. Bourbonnais, IL 60914 | Claim 3, Payment 16.81222% | 7100-000 | | 151.31 | 953,004.11 |

Page Subtotals 1,017,135.48 64,131.37

Ver: 17.00b

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 14)*

FORM 2

Page: 8

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: | 11-19386 -BB |
| Case Name: | MIDWEST HYPERBARIC INSTITUTE P.C. |
| Taxpayer ID No: | *******0154 |
| For Period Ending: | 12/06/12 |

| | |
|---|---|
| Trustee Name: | BRADLEY J. WALLER |
| Bank Name: | Congressional Bank |
| Account Number / CD #: | *******3234  Checking Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 04/30/12 | 001008 | Harch Hyperbarics Inc<br>c/o Robert A Kutcher Esq.,Chopin,<br>Wagar, Richard & Kutcher LLP,3850 N. Cau<br>Metairie, LA  70002 | Claim 4, Payment 16.81257% | 7100-000 | | 485,329.24 | 467,674.87 |
| 04/30/12 | 001009 | Illinois Department of Employment Security<br>33 South State Street<br>Attn: Bankruptcy Unit - 10th flr.<br>Chicago, IL  60603 | Claim 5U, Payment 16.82000% | 7100-000 | | 8.41 | 467,666.46 |
| 04/30/12 | 001010 | Romeo-Brook Properties Partnership I<br>c/oRhoads Development<br>4815 Creek Drive<br>Western Springs, IL  60558 | Claim 6, Payment 16.81257% | 7100-000 | | 9,428.65 | 458,237.81 |
| 04/30/12 | 001011 | McBroom's Cleaning Service<br>224 South Palmer Drive<br>Bolingbrook, IL  60490 | Claim 7, Payment 16.81242% | 7100-000 | | 357.77 | 457,880.04 |
| 04/30/12 | 001012 | Briar Square Laundromat<br>24712 Cottage Road<br>Wilmington, IL  60481-9317 | Claim 9, Payment 16.81381% | 7100-000 | | 80.37 | 457,799.67 |
| 06/07/12 | 001013 | Illinois Department of Revenue<br>P.O. Box 19053<br>Springfield, IL  62794-9053 | 20-0940154 | 2820-000 | | 3,471.00 | 454,328.67 |
| * 07/06/12 | | US Treas Single Tx | | 5800-003 | | 1,020.00 | 453,308.67 |
| * 07/06/12 | | US Treas Single Tx | VOID | 5800-003 | | -1,020.00 | 454,328.67 |
| 09/10/12 | | US Treasury Single TX | Wire originally sent on 06/11/12 , Debited and reversed on 07/06/12 - due to inability to back date wire transfer/checks per Epiq Systems | 5800-000 | | 1,020.00 | 453,308.67 |
| 10/19/12 | 001014 | LEE G. SCHWENDNER, CPA<br>DiGiovine, Hnilo, Jordan & Joh<br>2570 Foxfield Road, Suite 301<br>St. Charles, IL  60174 | Per court order of 10/19/12 | 3410-000 | | 2,473.75 | 450,834.92 |
| | | | Page Subtotals | | 0.00 | 502,169.19 | |

Ver: 17.00b

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 15)*

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 11-19386 -BB | Trustee Name: | BRADLEY J. WALLER |
|---|---|---|---|
| Case Name: | MIDWEST HYPERBARIC INSTITUTE P.C. | Bank Name: | Congressional Bank |
| | | Account Number / CD #: | *******3234  Checking Account |
| Taxpayer ID No: | *******0154 | | |
| For Period Ending: | 12/06/12 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 10/19/12 | 001015 | Praxair Distribution, Inc<br>c/o RMS Bankruptcy Recovery Services<br>P.O. Box 5126<br>Timonium, MD  21094 | Claim 2U, Payment 15.16123% | 7100-000 | | 4,134.31 | 446,700.61 |
| 10/19/12 | 001016 | John P Grurnish D.C.<br>4 Stonegate Ridge Dr.<br>Bourbonnais, IL  60914 | Claim 3, Payment 15.16111% | 7100-000 | | 136.45 | 446,564.16 |
| 10/19/12 | 001017 | Harch Hyperbarics Inc<br>c/o Robert A Kutcher Esq.,Chopin,<br>Wagar, Richard & Kutcher LLP,3850 N. Cau<br>Metairie, LA  70002 | Claim 4, Payment 15.16120% | 7100-000 | | 437,658.94 | 8,905.22 |
| 10/19/12 | 001018 | Illinois Department of Employment Security<br>33 South State Street<br>Attn: Bankruptcy Unit - 10th flr.<br>Chicago, IL  60603 | Claim 5U, Payment 15.16000% | 7100-000 | | 7.58 | 8,897.64 |
| 10/19/12 | 001019 | Romeo-Brook Properties Partnership I<br>c/oRhoads Development<br>4815 Creek Drive<br>Western Springs, IL  60558 | Claim 6, Payment 15.16121% | 7100-000 | | 8,502.55 | 395.09 |
| 10/19/12 | 001020 | McBroom's Cleaning Service<br>224 South Palmer Drive<br>Bolingbrook, IL  60490 | Claim 7, Payment 15.16111% | 7100-000 | | 322.63 | 72.46 |
| 10/19/12 | 001021 | Briar Square Laundromat<br>24712 Cottage Road<br>Wilmington, IL  60481-9317 | Claim 9, Payment 15.15900% | 7100-000 | | 72.46 | 0.00 |

Page Subtotals    0.00    450,834.92

Ver: 17.00b

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 16)*

FORM 2

Page: 10

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: | 11-19386 -BB |
| Case Name: | MIDWEST HYPERBARIC INSTITUTE P.C. |
| Taxpayer ID No: | *******0154 |
| For Period Ending: | 12/06/12 |

| | |
|---|---|
| Trustee Name: | BRADLEY J. WALLER |
| Bank Name: | Congressional Bank |
| Account Number / CD #: | *******3234 Checking Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction / Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | 1,017,135.48 | 1,017,135.48 | 0.00 |
| | | | Less: Bank Transfers/CD's | 1,006,180.69 | 0.00 | |
| | | | Subtotal | 10,954.79 | 1,017,135.48 | |
| | | | Less: Payments to Debtors | | 0.00 | |
| | | | Net | 10,954.79 | 1,017,135.48 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Money Market Account - ********4165 | 1,017,135.48 | 8,330.29 | 0.00 |
| Checking Account - ********4166 | 0.00 | 2,624.50 | 0.00 |
| Checking Account - ********3234 | 10,954.79 | 1,017,135.48 | 0.00 |
| | 1,028,090.27 | 1,028,090.27 | 0.00 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals 0.00 0.00

Ver: 17.00b

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 17)*